UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-100-1-F
No. 5:10-CV-260-F

| | | |
|---|---|---|
| CALVIN LAVAN CLARK,<br>　　　Movant, | )<br>)<br>) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA,<br>　　　Respondent. | )<br>)<br>) | |

On June 16, 2009, the undersigned dismissed Calvin Lavan Clark's § 2255 motion [DE-26] pursuant to Rule 4(b), RULES GOVERNING § 2255 PROCEEDINGS. *See* [DE-27]. Clark did not appeal that ruling.

On September 21, 2010, Clark filed another motion pursuant to 28 U.S.C. § 2255 [DE-30]. However, because Clark has not obtained authorization from the Fourth Circuit Court of Appeals to file a second or successive § 2255 petition, this court is without jurisdiction to consider it.

Consequently, Clark's § 2255 motion [DE-30] is DISMISSED in order that Clark may seek authorization from the Fourth Circuit to file a second or successive § 2255 motion pursuant to 28 U.S.C. §§ 2255 (h) and 2244(b)(3).

SO ORDERED.

This, the 12th day of November, 2010.

　　　　　　　　　　　　　　　　　　JAMES C. FOX
　　　　　　　　　　　　　　　　　　Senior United States District Judge