# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

    **AFTER CONSIDERING THE APPLICATIONS** for executive clemency of each of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **December 19, 2018**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program (RDAP). Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **Reuben Bullock** | Reg. No. 14530-055 |
| **Emilio Chase** | Reg. No. 04881-087 |
| **Calvin Lavan Clark** | Reg. No. 51129-056 |
| **Adrian Lyndell Cook** | Reg. No. 53175-083 |
| **Richard David Courville** | Reg. No. 23090-001 |
| **Travis Davis** | Reg. No. 13507-026 |
| **Terrance Terell Dendy** | Reg. No. 20025-171 |
| **Marcus Louis Diaz,** aka Juan Victor Diaz | Reg. No. 09850-180 |
| **Enoch Edison** | Reg. No. 42982-037 |
| **Angel Garcia-Bercovich** | Reg. No. 65018-198 |
| **Robert James Graves** | Reg. No. 08203-084 |
| **John Gronski** | Reg. No. 07210-091 |
| **Larry Darvell Henricks** | Reg. No. 04650-046 |
| **Larry Dwayne Hill,** aka Dwayne Hill | Reg. No. 57984-180 |
| **Clifton Ladell Holmes** | Reg. No. 39472-039 |
| **Cheryl Howard** | Reg. No. 18389-018 |
| **Walter Byron Lewis** | Reg. No. 31943-018 |
| **Kevin B. Lockhart** | Reg. No. 04411-070 |
| **Chad Christopher Pyne** | Reg. No. 05835-017 |
| **Fabian Roberson** | Reg. No. 04555-061 |
| **William Keith Schanck,** aka Brian Keith Chica, aka William Keith Scott | Reg. No. 69842-098 |
| **Steven Blair Speal** | Reg. No. 08445-031 |
| **Mark David Turner** | Reg. No. 10984-002 |
| **Jason Allen Woody** | Reg. No. 07929-088 |

I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **December 19, 2018**. I also remit the unpaid balance, if any of each respective fine imposed that may remain when each named persons' term of incarceration expires. I leave intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program (RDAP). Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

**Terry Conlenzo Huffman**          Reg. No. 83850-180
**Jeffrey Scott Welch**              Reg. No. 27690-008

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **211 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make available to each named person the Residential Drug Abuse Program (RDAP), or future equivalent program, at an appropriate time before each person's sentence expires. Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

**Cecil Ray Frye, Jr.**              Reg. No. 08444-003
**Donald Steven Looney**             Reg. No. 33624-177
**Mary Beth Looney**                 Reg. No. 08780-064

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **240 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make available to each named person the Residential Drug Abuse Program (RDAP), or future equivalent program, at an appropriate time before each person's sentence expires. Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

**Kendrick Tyshawn Akins**           Reg. No. 16454-078
**Aaron Duane Rees**                 Reg. No. 07425-030
**Don Thomas, Jr.**                  Reg. No. 41351-037

I hereby further commute the total sentence of imprisonment imposed upon **Travis Nathaniel France**, Reg. No. 13802-084, to a term of **188 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Travis Nathaniel France**, Reg. No. 13802-084, the Residential Drug Abuse Program, or future equivalent program, at an appropriate time before his sentence expires. Further, I condition this grant of commutation to the said **Travis Nathaniel France**, Reg. No. 13802-084, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Kari Nicole Parks**, Reg. No. 14152-084, to a term of **120 months' imprisonment**, leaving intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Kari Nicole Parks**, Reg. No. 14152-084, the Residential Drug Abuse Program (RDAP), or equivalent future program, at an appropriate time, before her prison sentence expires. Further, I condition this grant of commutation to the said **Kari Nicole Parks**, Reg. No. 14152-084, on her enrolling in RDAP by written agreement, as evidenced by her signing, within 14 days of her receipt of a certified copy of this document, a receipt verifying her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed **Tyrone Trader**, Reg. No. 40143-066, to a term of **300 months' imprisonment**. I also remit the unpaid balance, if any, of the $1,000 fine that may remain when his term of incarceration has expired. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Tyrone Trader**, Reg. No. 40143-066, the Residential Drug Abuse Program (RDAP), or equivalent future program, at an appropriate time, before his prison sentence expires. Further, I condition this grant of commutation to the said **Tyrone Trader**, Reg. No. 40143-066, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

**THIS GRANT SHALL** become effective as to each of the above-named persons only upon the delivery and presentment of a certified copy of this document to that person and upon that person's acceptance of the conditional terms of the grant. I further direct that once the receipt has been signed by the grant recipient, the Bureau of Prisons shall immediately forward an ELECTRONIC COPY of the receipt to the Office of the Pardon Attorney, which will deliver that copy to appropriate personnel in the Bureau of Prisons Designation and Sentence Computation Center, who will recalculate the projected release dates of each respective recipient. Failure of a person to sign the receipt and accept the conditional terms of the commutation grant will render the grant of commutation null and void only as to the person who rejected the grant, and not to all persons named herein.

**I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Nineteenth day of December in the year of our Lord Two thousand and sixteen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**